UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | No. 2:20-cv-1443 AC P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

    Petitioner, a state prisoner at the California Medical Facility, has filed a document requesting extended time to file a writ of habeas corpus due to lack of prison library access in response to the COVID-19 pandemic. No other documents have been filed by petitioner.

    To commence a habeas corpus action, petitioner must file a petition as required by Rule 3 of the Rules Governing Section 2254 cases, and must either pay the required filing fee ($5.00) or file an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner faces no court-ordered deadlines that can be extended. The court does not have the authority to extend the one-year statute of limitations established by 28 U.S.C. § 2244(d)(1). If petitioner is facing an imminent filing deadline due to this statute of limitations, he must promptly file an initial petition to the best of his ability, together with an explanation of his timeliness concerns.

    The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner's motion for extended time will be denied without

1  prejudice. Petitioner will be accorded the opportunity to file a petition for writ of habeas corpus,

2  and to submit an application to proceed in forma pauperis or pay the filing fee.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1. Petitioner's motion for extended time, ECF No. 1, is denied without prejudice.

5        2. Petitioner shall, within thirty (30) days after service of this order: (1) file a petition for

6  writ of habeas corpus on the form provided herewith that bears the docket number assigned this

7  case; and (2) submit an application to proceed in forma pauperis on the form provided herewith,

8  OR pay the $5.00 filing fee.

9        3. Failure of petitioner to timely comply with this order will result in a recommendation

10 that this matter be dismissed without prejudice.

11       4. The Clerk of the Court is directed to send petitioner, together with a copy of his order,

12 a blank petition for writ of habeas corpus and a blank application to proceed in forma pauperis

13 used by prisoners in this district.

14 DATED: July 29, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2