UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | No. 2:20-cv-1443 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| DANIEL E. CUEVA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On December 7, 2020, respondent filed a motion to dismiss the petition.  ECF No. 12.  Petitioner has not responded to respondent's motion.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one days after the service of this order, plaintiff shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 26, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE