UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | No. 2:20-cv-1443 KJM AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| DANIEL E. CUEVA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent was ordered to respond to the petition, ECF No. 9, and filed a motion to dismiss on the ground that the petition was unexhausted, ECF No. 12. After failing to respond to the motion to dismiss, petitioner was given additional time to file a response. ECF No. 15. He then proceeded to request an additional sixty days to respond to the motion. ECF No. 16. The request was granted and petitioner was given until April 29, 2021, to file his response. ECF No. 17. Instead of a response to the motion to dismiss, petitioner filed a first amended petition. ECF No. 18.

Petitioner is past the time for filing an amended petition as a matter of right, <u>see</u> Fed. R. Civ. P. 15(a) (pleading may be amended as a matter of course within twenty-one days after it is served or within twenty-one days of service of a responsive pleading or motion to dismiss), and did not seek leave to amend the petition. Furthermore, the amended petition appears unexhausted

1

on its face, as petitioner indicates that the grounds raised in the petition were not raised in his direct appeal and he did not file any collateral appeals. ECF No. 18 at 9. The first amended petition will therefore be stricken from the record and petitioner shall be given a final opportunity to respond to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to strike the first amended petition, ECF No. 18, from the record.

2. Within fourteen days of the service of this order, petitioner shall file a response to respondent's motion to dismiss. No further extensions of time will be granted absent a showing of extraordinary circumstances and failure to respond will result in a recommendation that this action be dismissed.

DATED: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE